

Entered on Docket
September 03, 2009



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

```
THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern, Suite 200
Las Vegas, NV  89119
(702) 735-1500
Nevada State Bar No. 5970
Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| In re: | BANKRUPTCY NUMBER: |
| | BK-S-09-20620-MKN |
| MANUEL & ASUNCION DIAZ | Chapter 13 |
| | RICK YARNALL |
| Debtors. | Date: 08/06/2009 |
| | Time: 3:30 PM |

**ORDER AVOIDING SECOND TRUST DEED**

The Motion of Debtors, MANUEL AND ASUNCION DIAZ, to Value Collateral, "Strip Off" and Modify Rights of COUNTRYWIDE (CLAIM N/A) Pursuant to 11 U.S.C. 506(a) and 1322, as against Debtors' residential real property, coming on regularly for hearing on AUGUST 6, 2009, at 3:30 p.m., with RANDOLPH H. GOLDBERG LAW FIRM, appearing for debtors, and, pursuant to notice duly given, no opposition being filed by creditors, or by the Chapter 13 Trustee, and the Court having

-1-

heard the representation of counsel, and being otherwise informed, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the security interest of COUNTRYWIDE in the real property commonly known as 826 FUERTE COURT, HENDERSON, NEVADA, 89015, and legally described as follows:

RACE TRACK HOMES-UNIT #4, PLAT BOOK 67 PAGE 58, LOT 19 BLOCK 14, is hereby avoided, set aside and that the claim of the aforesaid creditor in these bankruptcy proceedings shall be treated as unsecured.

**IT IS FURTHER ORDERED** that the certain Deed of Trust recorded in the Office of the Clark County Recorder on MARCH 30, 2007, as Document Number 20070330:05939 (SEE EXHIBIT A) is hereby removed and expunged from the County records and shall no longer constitute a lien or encumbrance upon the aforesaid real property.

**IT IS SO ORDERED.**

DATED this <u>6TH</u> day of AUGUST, 2009

//
//
//
//
//
//
//

-2-

THE LAW OFFICES OF
RANDOLPH H. GOLDBERG


By /S/ RANDOLPH GOLDBERG ESQ.
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern
Suite 200
Las Vegas, Nevada 89119
Attorney for Debtor


APPROVED AS TO FORM AND CONTENT

CHAPTER 13 TRUSTEE


_____
RICK YARNALL, TRUSTEE
701 E BRIDGER Avenue, #820
Las Vegas, NV  89101

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 179-21-111-013 |
| OWNER AND MAILING ADDRESS | DIAZ ASUNCION M<br><br>826 FUERTE CT<br>HENDERSON NV 89015-5950 |
| LOCATION ADDRESS CITY/UNINCORPORATED TOWN | 826 FUERTE CT<br>HENDERSON |
| ASSESSOR DESCRIPTION | RACE TRACK HOMES-UNIT #4<br>PLAT BOOK 67 PAGE 58<br>LOT 19 BLOCK 14<br><br>SEC 21 TWP 22 RNG 63 |
| RECORDED DOCUMENT NO. | * 20070330:05939 |
| RECORDED DATE | 03/30/2007 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 505 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 09-10 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2008-09 | 2009-10 |
| LAND | 42840 | 27300 |
| IMPROVEMENTS | 46404 | 40403 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 89244 | 67703 |
| TAXABLE LAND+IMP (SUBTOTAL) | 254983 | 193437 |
| COMMON ELEMENT ALLOCATION | 0 | 0 |
| TOTAL ASSESSED VALUE | 89244 | 67703 |
| TOTAL TAXABLE VALUE | 254983 | 193437 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.14 Acres |
| ORIGINAL CONST. YEAR | 1995 |
| LAST SALE PRICE MONTH/YEAR | 300000<br>03/07 |
| LAND USE | 1-10 RESIDENTIAL SINGLE FAMILY |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL LIVING SQ. FT. | 1799 | CARPORT SQ. FT. | 0 | ADDN/CONV | | NONE |
| 1ST FLOOR SQ. FT. | 1799 | STORIES | ONE STORY | POOL | | NO |
| 2ND FLOOR SQ. FT. | 0 | BEDROOMS | 4 | SPA | | NO |
| BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL | TYPE OF CONSTRUCTION | | FRAME STUCCO |
| GARAGE SQ. FT. | 400 | FIREPLACE | 0 | ROOF TYPE | | CONCRETE TILE |

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021.

\_\_✓\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

    \_\_\_\_\_ approved the form of this order:
    \_\_\_\_\_ waived the right to review the order
    \_\_✓\_\_ and/or failed to file and serve papers in accordance with LR 9021©.

\_\_\_\_\_ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

\_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

/s/Maile C. Hansen/s/
An Employee of
THE LAW OFFICE OF
RANDOLPH H. GOLDBERG

###